# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **LEWIS LEE CLARK**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:18-CV-01565 |
| **RANDY PFISTER, WALTER NICHOLSON, DR. OKEZIE, MEDICAL STAFF MEMBER L. WILLIAMS, WEXFORD HEALTH SOURCES INC. AND JOHN DOE AND JANE DOE, UNKNOWN EMPLOYEES OF THE ILLINOIS DEPARTMENT OF CORRECTIONS AND WEXFORD HEALTH CARE, INC.** | ) Judge Franklin U. Valderrama ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## SECOND JOINT DEPOSITION SCHEDULING REPORT

Pursuant to the Court's August 13, 2020, order (ECF No. 91), Plaintiff Lewis Lee Clark ("Plaintiff") and Defendants Randy Pfister ("Pfister"), Walter Nicholson ("Nicholson") (together the "IDOC Defendants"), Dr. Christian Okezie ("Okezie"), LaTanya Williams ("Williams"), and Wexford Health Sources Inc., (together the "Wexford Defendants" and collectively with the IDOC Defendants, "Defendants") through their respective counsel, submit this Deposition Scheduling Report.

### I. DEPOSITIONS TAKEN TO-DATE:

On September 16, 2019, Defendants deposed Plaintiff Lewis Lee Clark.[1]

### II. SCHEDULED DEPOSITIONS

Counsel for Plaintiff has confirmed and noticed the following depositions:

---

[1] After Plaintiff's deposition, the parties attempted, unsuccessfully, to resolve the litigation through a court-ordered settlement conference on July 28, 2020.

1. <u>Dr. Hari Vigneswaran</u>. Dr. Vigneswaran is a non-party physician that provided medical care to Plaintiff. Dr. Vigneswaran's deposition is scheduled for November 11, 2020.

2. <u>Dr. Marlene Henze</u>. Dr. Henze is a non-party employee of Wexford. Dr. Henze's deposition is scheduled for November 16, 2020.

3. <u>Dr. Kul Sood</u>. Dr. Sood is a non-party employee of Wexford. Dr. Sood's deposition is scheduled for November 18, 2020.

4. <u>Nicole Ramel</u>. Ms. Ramel is a non-party employee of Wexford. Ms. Ramel's deposition is scheduled for December 4, 2020.

### III. FORTHCOMING DEPOSITIONS

Counsel for Plaintiff also intends to depose the following party and non-party witnesses:

1. <u>Randy Pfister</u>, a named defendant and former employee of the Illinois Department of Corrections ("IDOC");

2. <u>Walter Nicholson</u>, a named defendant and former employee of the IDOC;

3. <u>Dr. Christian Okezie</u>, a named defendant and employee of Defendant Wexford;

4. <u>LaTanya Williams</u>, a named defendant and an employee of Defendant Wexford.

5. <u>Wexford corporate designee on certain designated topics</u>; and

6. <u>Dr. Laurel Sofer</u>, a non-party physician that provided medical care to Plaintiff.

### IV. PLAINTIFF'S POSITION ON FORTHCOMING DEPOSITIONS

Counsel for Plaintiff first requested the availability for party-witnesses Pfister, Nicholson, and Okezie on September 14, 2020. Since then, Plaintiff's counsel has followed-up with counsel

for the Defendants several times, seeking dates to depose these defendants. However, Defendants' counsel have not yet provided future availability for these parties' depositions. More specifically, IDOC and Wexford counsel reportedly have been unable to contact these three witnesses for their deposition.

Ms. Williams' deposition was scheduled for November 16, 2020. Ms. Williams' counsel recently indicated that Ms. Williams will be unavailable on this date, but that they will provide dates in late November and early December for her deposition

Given the importance of these party depositions, the current scheduling difficulties, and further anticipated scheduling difficulties precipitated by the holidays and pandemic, Plaintiff anticipates asking the Court to extend the current December 11, 2020, fact discovery deadline. Per the current scheduling order, expert discovery is set to proceed thereafter as Judge Chang concluded: "[t]here is too much of a likelihood that expert discovery will be relevant to responding to summary judgment motions[.]" (ECF No. 91.)

Counsel for Plaintiff is working to identify the topics on which he will examine a Wexford corporate representative, and is actively working with Dr. Laurel Sofer to schedule her deposition.

Dated: November 9, 2020                             Respectfully submitted,

*/s/ Michael B. Galibois*                            */s/ Drew O'Donnell*  (with permission)

Michael B. Galibois
Maxwell J. Eichenberger
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400
MGalibois@reedsmith.com
MEichenberger@reedsmith.com

Drew O'Donnell
100 West Randolph Street - 13th Floor
Chicago, Illinois 60601
Phone: (312) 814-4659
Fax: (312) 814-4425
AODonnell@atg.state.il.us

*Counsel for IDOC Defendants*

*Counsel for Plaintiff*

              <u>*/s/ Brett R. Furmanski*</u>  (with permission)

              Brett R. Furmanski
              CASSIDAY SCHADE LLP
              222 West Adams Street, Suite 2900
              Chicago, IL 60606
              (312) 641-3100
              (312) 444-1669 – Fax
              bfurmanski@cassiday.com

              *Counsel for Wexford Defendants*

**CERTIFICATE OF SERVICE**

      The undersigned below, an attorney licensed in the state of Illinois, hereby certifies that a copy of the foregoing was served via ECF, this 9th day of November 2020, upon all counsel of record.

                                                                                  */s/ Michael B. Galibois*
                                                                                 One of Plaintiff's Attorneys